

## THE LAW FIRM OF
## PHILIPPS & PHILIPPS, LTD.

David J. Philipps
   davephilipps@aol.com
Mary E. Philipps
   mephilipps@aol.com
Angie K. Robertson
   angie@philippslegal.com

October 10, 2024

Maureen W. Gornik,
Acting Clerk U.S. Court Of Appeals
For The Eighth Circuit
111 S. 10th Street, Room 24.329
St. Louis, Missouri 63102

Re: *Marcia Denmon V. Kansas Counselors, Inc.*, 8th Circuit Case No. 23-3612,
*Response to Citation of Supplemental Authority*

Dear Ms. Gornik:

Appellee Marcia Denmon hereby responds to Appellant, Kansas Counselors, Inc.'s ("KCI") Notice of Supplemental Authority pursuant to Fed.R.App.P. Rule 28(j) regarding this Court's recent opinion in *Hekel v. Hunter Warfield, Inc.*, 2024 U.S.App.Lexis 25120 (Oct. 4, 2024).

In *Hekel*, a consumer filed a lawsuit pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq., ("FDCPA") setting forth that certain interest and fees demanded in a collection letter were unlawful and violated of §1692f(1) of the FDCPA, *see*, *Hekel*, 2024 U.S. App.Lexis 25120 at[*2], setting forth that the false statements resulted in "informational" and "statutory harms", future risk of intangible harm, emotional harms, and alleged out-of-pocket expenses, *see*, *Id*.

Addressing Article III standing for the first time on appeal, this Court found that Hekel's injury was "purely informational", and that she had failed to allege any "downstream consequences from" receiving a letter which allegedly wrongly stated interest and fees were due and owing, *see*, *Hekel*, 2024 U.S.App.Lexis 25120 at [*4].

Unlike Ms. Denmon's claim here, *Hekel* did not involve a violation of a consumer's right to be left alone, pursuant to §1692c(c) of the FDCPA, the result of which was akin to the common-law tort of invasion of privacy/seclusion upon intrusion, *see*, e.g., *Gadelhak v. AT&T Servs.*, 950 F.3d 458, 462-63 *(7th Cir. 2020)*(holding that a

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900  Fax 708.974.2907
www.philippslegal.com

Maureen W. Gornik, Clerk of the Court
October 11, 2024
Page 2

harm recognized by Congress which is akin to an invasion of privacy is sufficient for Article III standing.); *see also*, *TransUnion LLC v. Ramirez*, 594 U.S. 413, 425 (2021)(following *Gadelhak*'s conclusion that harms closely related to intrusion upon seclusion are sufficient for Article III standing).

As such, the recent authority of *Hekel* is not relevant to the invasion of privacy/intrusion upon seclusion which Ms. Denmon has set forth, throughout the briefing of this matter, resulted here. This Court's ruling in *Hekel* is simply inapposite to Ms. Demnon's Article III standing here regarding KCI's violation of her right to be left alone regarding a debt she had refused to pay.

Respectfully submitted,

s/ David J. Philipps
Attorney for Plaintiff-Appellee Denmon

# CERTIFICATE OF COMPLIANCE

I, David J. Philipps, hereby certify that the above letter complies with the type/volume limits of Fed.R.App.P. Rule 28(j) because the body of the letter contains no more than 350 words, as calculated by the word-processing software in Microsoft Word Office 365.

s/ David J. Philipps<br>
Attorney for Plaintiff-Appellant

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system on October 10, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Date: October 10, 2024

                                              PHILIPPS & PHILIPPS, LTD.

                                              s/ David J. Philipps
                                              David J. Philipps
                                              9760 S. Roberts Road
                                              Suite One
                                              Palos Hills, IL 60465
                                              (708) 974-2900
                                              davephilipps@aol.com
                                              *Attorney for Plaintiff-Appellant*